IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 27 AM 9:23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. 05-20272-Ma

ALBERT SMITH,

    Defendant.

## ORDER

The Court has before it the Government's request for review of U.S. Magistrate Judge James Vescovo's ruling, issued on July 26, 2005, granting a bond to the defendant. This Court finds it appropriate to stay the Magistrate Judge's ruling on bond until the matter is heard. Accordingly, the Magistrate Judge's ruling on bond for defendant ALBERT SMITH is stayed until the completion of the hearing on the appeal of this matter.

Ordered this _____ day of JULY, 2005.

_____
THE HONORABLE SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

DATE:    July 26, 2005.

4

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20272 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT