IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.   NO. 05-20272-Ma

ALBERT SMITH,

    Defendant.

ORDER EXTENDING MOTIONS DEADLINE

Before the court is defendant Albert Smith's November 15, 2005, motion for additional time within which to file pretrial motions in this matter. For good cause shown, the motion is granted. The defendant shall have additional time to and including November 16, 2005, within which to file pretrial motions in this matter.

IT IS SO ORDERED this 18th day of November, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20272 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT